No. 93–7846. THIEKEN v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 93–7879. GROSS v. WESTERN-SOUTHERN LIFE INSURANCE CO. ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 93–7891. MCMURTRY v. SNYDER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–7900. ISTVAN v. WILLOUGHBY OF CHEVY CHASE CONDOMINIUM COUNCIL OF UNIT OWNERS, INC. Cir. Ct. Montgomery County, Md. Certiorari denied.

No. 93–7902. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7904. JOHNSON v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–7905. JOHNSON v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–7906. JOHNSON v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–7907. STEPHENS v. O'DEA, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–7914. MARTINEZ-PEREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7917. OLLIE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 93–7919. LENSING v. ARKANSAS DEPARTMENT OF HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 93–7920. MAZYCK v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.